# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **NITETEK LICENSING LLC,** | |
| Plaintiff, | Civil Action No.:  1:20-cv-02297-AT |
| v. | |
| **CASTLES TECHNOLOGY INTERNATIONAL CORP.,** | **TRIAL BY JURY DEMANDED** |
| Defendant. | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Nitetek Licensing LLC, ("Plaintiff"), by and through its undersigned attorney, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses all claims in this action without prejudice against Defendant Castles Technology International Corp. ("Defendant").  Prior to the filing of this notice, Defendant has not been served or filed an answer or a motion for summary judgment.

1

Dated: August 25, 2020               Respectfully submitted,

                                     INSIGHT, PLC

                                     */s/Jacqueline K. Burt*
                                     Jacqueline K. Burt, Esq.
                                     Georgia Bar No. 425322
                                     INSIGHT, PLC
                                     860 Johnson Ferry Road NE, #140-176
                                     Atlanta, GA 30342
                                     Email:  jburt@insightplc.com
                                     Telephone: (770) 990-9982
                                     Facsimile: (678) 802-1877

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day a true and correct copy of the foregoing document was filed electronically. As such, this document was served on all counsel who are deemed to have consented to electronic service.

Dated: August 25, 2020          By: */s/ Jacqueline K. Burt*
                                    Jacqueline K. Burt